UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| KERRY L. MARSHALL<br>Plaintiff | : | CIVIL ACTION  NO. |
| v. | : | 3:11CV577 (JCH) |
| JOHN SLEZAK, ET AL<br>Defendants | : | March 9, 2018 |

**RESPONSE TO ORDER TO SHOW CAUSE**

    Attorney Richard P. Giarniero hereby shows cause why sanctions should not be imposed for failure to comply with the court's Order appointing him as pro bono counsel for Plaintiff KERRY L. MARSHALL (Doc. No. 247) entered on 02/12/2018, directing counsel to contact his client and file a Notice of Appearance within 14 days.

    **1.** Attorney Giarniero was first informed of this case on February 28, 2018, by Attorney Christopher Clark, counsel for the defendants.  Attorney Giarniero had no knowledge of his appointment as Pro Bono counsel.

    **2**. On February 28, 2018, Attorney Giarniero sent a letter to Ms. Jane Bauer at the Federal Court, explaining his situation.  On March 5th, 2018, Attorney Giarniero called Ms. Bauer who told him she had responded to his letter by e-mail.  No e-mail was received by Richard Giarniero then and as of this date, no e-mail from Ms. Bauer has been received.

    **3**. On February 2nd, 2018, Attorney Giarniero was in surgery for an obstruction in his gastric system.  On February 25th, 2018, Attorney Giarniero was still in recovery and working part time   with associates on Foreclosure cases, mainly reviewing paperwork.  Attorney Giarniero is a transactional lawyer with a practice that is centered on negotiating contracts and mitigating debt situations.

    **4**. As of this date he has entered his appearance in this case on behalf of Mr. Marshall. Having no knowledge of this case what-so-ever when he was to comply with the court order and the fact that he was still in recovery from the surgery of February2, 2018, there is true cause as to why Attorney Giarniero should be sanctioned with regard to this matter.  To sanction Attorney Giarniero is to the benefit of no one, including this court.

    WHEREFORE, Attorney Giarniero respectfully requests that his Response to Order to Show Cause be accepted.

/s/ Richard P. Giarniero

_____
*Attorney's signature*

Richard P. Giarniero (SBN: 26621)

_____
*Printed name and bar number*

972 East Broadway
Stratford, CT 06615

_____
*Address*

rpglaw@netzero.com

_____
*E-mail address*

203-375-3994

_____
*Telephone number*

203-386-0401

_____
*FAX number*