UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| Kerry L. Marshall | : | |
| | : | CIVIL ACTION  NO.: 3:11-cv-00577 (JCH) |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| John Slezak    (Officer) | : | |
| Tom Zakrzewski (Officer) | : | |
| | : | MARCH 16, 2018 |
| Defendants. | : | |

## MOTION TO WITHDRAW APPEARANCE AND RELIEF FROM APPOINTMENT

Pursuant to D. Conn. L. Civ. P. 7(e) and 83.10(g), the undersigned respectfully moves to withdraw as appointed counsel of record for plaintiff Kerry L. Marshall, in the above-captioned case.  In support of this Motion, the undersigned states that he was notified of the Court's appointment under D. Conn. L. Civ. P. 83.10 on March 15, 2018.  Counsel reviewed the public information from a PACER report about this case.  Based upon the information in the PACER docket report it became readily apparent that there was a potential conflict with a recent matter in which Wiggin and Dana LLP has been retained to represent a former police officer of the City of Meriden.  That matter is ongoing.

Based upon the information learned it appears to the undersigned that there are material issues that could materially affect the proper representation of both clients if the undersigned was to represent the plaintiff in this matter while other lawyers for Wiggin and Dana were representing a former colleague of defendants.

The undersigned counsel is aware that motions for relief from appointment are "disfavored" and shares the Court's and Bar's view that pro bono assignments are an important responsibility for members of the bar.  Nonetheless, given the conflict issues the undersigned requests that the Court grant this motion and permit him to withdraw his appearance in this

particular matter. The undersigned has previously tried an assigned case to verdict in a matter involving a claim versus a police officer and also has directly assisted other Wiggin and Dana LLP attorneys in other assigned matters.

In accordance with the requirements of D. Conn. L. Civ. P. 7(e), the undersigned has notified the parties in writing of his intention to withdraw as counsel, by serving this motion. The undersigned therefore respectfully requests that the Court grant the instant motion to withdraw.

Respectfully submitted,

By:       /s/ James O. Craven
James O. Craven (ct18790)
WIGGIN AND DANA LLP
One Century Tower
PO Box 1832
New Haven, CT 06508
(203) 498-4400
(203) 363-7676 (fax)
Jcraven@wiggin.com

## CERTIFICATE OF SERVICE

This is to certify that on the 16th day of March, 2018, a copy of the foregoing Motion to Withdraw Appearance was filed electronically.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's CM/ECF System.

_____   /s/ James O. Craven
James O. Craven (ct18790)

88888888\329\3869564.v1