UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| KERRY L. MARSHALL, | : |
| Plaintiff, | : CIVIL ACTION |
| | : NO. 3:11-CV-00577 (JCH) |
| v. | : |
| JOHN SLEZAK, | : |
| TOM ZAKRZEWSKI, | : |
| | : MARCH 26, 2018 |
| Defendants. | : |

## MOTION FOR RELIEF FROM APPOINTMENT

Pursuant to Local Rule 83.10(g), Local Rule 7(e), and Rule 6.2 of the Connecticut Rules of Professional Conduct, the undersigned hereby respectfully requests relief from the pro bono appointment in the above-referenced case, which was made on Friday, March 23, 2018. Doc. #264.

Good cause exists to permit the undersigned to be relieved from pro bono appointment: the appointment would pose a conflict of interest under Rule 1.7 of the Connecticut Rules of Professional Conduct. The undersigned's law firm currently represents the City of Meriden. Although the City of Meriden no longer is a defendant this case, see Doc. #200-1 (summary judgment granted to City of Meriden), the City of Meriden may still hold financial responsibility for the remaining defendants, John Slezak and Tom Zakrzewski, should the plaintiff prevail at trial. As such, representation of the plaintiff would be directly adverse to a current client of the undersigned, or would at least pose a significant risk that the representation of the plaintiff would be materially limited by the undersigned's responsibilities to the City of Meriden. This conflict of interest provides good cause under Rule 6.2 of the

-2-

Connecticut Rules of Professional Conduct to be relieved from pro bono appointment in this case.

The undersigned also has numerous other professional obligations that make it impracticable to prepare for trial in this case, including a business trip to Europe from April 1, 2018 through April 11, 2018. While the undersigned would ordinarily request an extension of time from opposing counsel or the Court, the undersigned notes that almost two months have gone by while the Court has attempted to procure pro bono counsel, and respectfully suggests that the interests of plaintiff would be best served by appointing new pro bono counsel.

WHEREFORE, the undersigned respectfully requests relief from pro bono appointment in this case.

    Respectfully submitted,

    APPOINTED COUNSEL FOR PLAINTIFF,
    KERRY L. MARSHALL


    By    /s/ John H. Mutchler
        John H. Mutchler – ct26856
        jmutchler@murthalaw.com

Murtha Cullina LLP
185 Asylum Street
Hartford, Connecticut 06103
Telephone: 860.240.6000
Facsimile: 860.240.6150

-3-

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that, on March 26, 2018, a copy of the foregoing was filed electronically. Notice of this filing will be sent by e-mail to all parties of record by operation of the Court's electronic filing system. The undersigned also certifies that a copy of the foregoing was served by mail and e-mail on the Plaintiff, Kerry L. Marshall.

/s/ John H. Mutchler
John H. Mutchler